IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| SUSAN C. WOLF, | ) | Case No. 10 B 41582 |
| | ) | |
| Debtor. | ) | Hon. John H. Squires |

### NOTICE OF MOTION

TO:   See Attached Service List

**PLEASE TAKE NOTICE THAT** on December 22, 2011, at 9:30 a.m., I shall appear before the Honorable John H. Squires, or any other judge sitting in his stead, in Room 680, 219 South Dearborn Street, Chicago, Illinois, and request a hearing on the Debtor's Motion To Enter Final Decree and Close Chapter 11 Case, a copy of which is attached hereto and hereby served upon you.

### CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List via U.S. Mail on the 7th day of December 2011.

                                                    /s/ Gregory K. Stern
                                                    Gregory K. Stern

Gregory K. Stern (Atty. ID #6183380)
Dennis E. Quaid (Atty. ID #02267012)
Monica C. O'Brien (Atty. ID #6216626)
James E. Hausler (Atty. ID #6292973)
Christina M. Riepel (Atty. ID #6297514)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

## SERVICE LIST

**Registrants Served Through The Court's Electronic Notice For Registrants**

Patrick S. Layng, United States Trustee
219 South Dearborn Street,
Suite 873
Chicago, Illinois 60606

Stephen G. Wolfe
219 South Dearborn Street,
Suite 873
Chicago, Illinois 60604

Ariel Weissberg
Weissberg & Associates, Ltd.
401 South LaSalle Street
Suite 403
Chicago, Illinois 60605

Michael A Braun
Michael A. Braun & Assoc.
33 North Dearborn Street
Suite 500
Chicago, Illinois 60602

Yanick Polycarpe
Pierce and Associates, P.C.
1 North Dearborn
Suite 1300
Chicago, Illinois 60602

Christopher H. Purcell
Sherman & Sherman
120 S LaSalle Street
Suite 1460
Chicago, Illinois 60603

**Parties Served By U.S. Mail**

Susan C. Wolf
2164 Second Street
Northbrook, Illinois

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| SUSAN C. WOLF, | ) | Case No. 10 B 41582 |
| | ) | |
| Debtor. | ) | Hon. John H. Squires |
| | ) | **Hearing Date: December 22, 2011** |
| | ) | **Time:            9:30 a.m.** |

### MOTION TO ENTER FINAL DECREE AND CLOSE CHAPTER 11 CASE

Now comes Susan C. Wolf, Debtor and Debtor In Possession, by and through her attorneys, Gregory K. Stern, Dennis E. Quaid, Monica C. O'Brien, James E. Hausler and Christina M. Riepel, and in support of her Motion to Enter Final Decree and Close Chapter 11 Case, pursuant to 11 U.S.C. § 350 and Bankruptcy Rule 3022, states as follows:

1. On September 16, 2010, the Debtor filed a Voluntary Petition for relief under Chapter 11 of the Bankruptcy Code.

2. On October 25, 2011, an Order Confirming the First Amended Plan of Reorganization Dated September 8, 2011 (the "Confirmation Order"), was entered. The Confirmation Order is final and not subject to appeal.

3. On November 8, 2011, the Effective Date (the "Effective Date") of the Debtor' First Amended Plan of Reorganization (the "Confirmed Plan"), the Debtor abandoned and surrendered all of her legal interest into the real property commonly known as 2164 Second Street, Northbrook, Illinois (the "Illinois Property").

4. The Class 2 Secured Claims held by Fifth Third Bank and the Class 3 Secured Claims held by North Community Bank are allowed to proceed with their *in rem* foreclosure of the Illinois Property.

5. The Class 4 Secured Claims of Fifth Third Bank continue to receive payments under the term of its original contract with the Debtor.

6.      The Class 5 Claims of Ford Motor Credit continue to receive payments under the term of its original contract with the Debtor.

7.      Class 6 Convenience Claims are scheduled to be paid in full on or before December 8, 2011.

8.      The Priority Tax Claims and Class 1 Claims of the Internal Revenue Service shall begin receiving payments pursuant to the Confirmed Plan commencing on December 15, 2011.

9.      On or about November 9, 2011, the Class 7 Claims of the Estate of Joseph Gambino were paid in full.

10.     The Debtor has made arrangements for the payment of her Administrative Claims with Gregory K. Stern, P.C., and Weissberg & Associates, Ltd.

11.     The Debtor has made all payments required by the United States Trustee.

12.     The foregoing distributions represent all payments required under the Confirmed Plan, except as otherwise set forth herein.

13.     The Debtor's Confirmed Plan has been substantially consummated.

14.     There are no remaining contested matters pending and no further steps need be taken to facilitate the administration of the Confirmed Plan.

15.     Pursuant to 11 U.S.C. §1141(d)(5)(B) the Debtor requests that the Court enter an order of discharge (1) as all unsecured claims have been paid not less than the amount that they would have been paid if the Debtor's estate had been liquidated under Chapter 7 of the United States Bankruptcy Code, (2) modification of the Confirmed Plan is not practicable, and (3) Section §1141(c) permits the court to grant a discharge to the Debtor.

16. The only remaining payments contemplated under the Confirmed Plan are the payments for the Priority Tax Claims and Class 1 Claims of the Internal Revenue Service which will commence on December 15, 2011.

WHEREFORE, Susan C. Wolf, the Debtor, prays for an order as follows:

(a) Granting the Motion To Enter Final Decree and Close Chapter 11 Case pursuant to §350 and Bankruptcy Rule 3022;

(b) Granting the Debtor a discharge pursuant to 11 U.S.C. §1141(d)(5);

(c) Entering Final Decree closing the Debtor's Chapter 11 case; and,

(d) For such other relief as may be just.

        /s/ Gregory K. Stern
Gregory K. Stern, Debtor's Attorney

Gregory K. Stern (Atty. ID #6183380)
Dennis E. Quaid (Atty. ID #02267012)
Monica C. O'Brien (Atty. ID #6216626)
James E. Hausler (Atty. ID #6292973)
Christina M. Riepel (Atty. ID #6297514)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558