IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| SUSAN C. WOLF, | ) | Case No. 10 B 41582 |
| | ) | |
| Debtor. | ) | Hon. John H. Squires |
| | ) | **Hearing Date: December 22, 2011** |
| | ) | **Time: 9:30 a.m.** |

**CERTIFICATE OF SERVICE**

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing **NOTICE OF DEBTOR'S MOTION TO ENTER FINAL DECREE AND CLOSE CHAPTER 11 CASE AND REQUEST FOR DISCHARGE** to be served on all persons set forth on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Chicago, Illinois on the 7th day of December 2011.



/s/ Gregory K. Stern
Gregory K. Stern

Gregory K. Stern (Atty. ID #6183380)
Dennis E. Quaid (Atty. ID #02267012)
Monica C. O'Brien (Atty. ID #6216626)
James E. Hausler (Atty. ID #6292973)
Christina M. Riepel (Atty. ID #6297514)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

SERVICE LIST

**Registrants Served Through The Court's Electronic Notice For Registrants**

Patrick S. Layng, United States Trustee
219 South Dearborn Street,
Suite 873
Chicago, Illinois 60606

Stephen G. Wolfe
219 South Dearborn Street,
Suite 873
Chicago, Illinois 60604

Ariel Weissberg
Weissberg & Associates, Ltd.
401 South LaSalle Street
Suite 403
Chicago, Illinois 60605

Michael A Braun
Michael A. Braun & Assoc.
33 North Dearborn Street
Suite 500
Chicago, Illinois 60602

Yanick Polycarpe
Pierce and Associates, P.C.
1 North Dearborn
Suite 1300
Chicago, Illinois 60602

Christopher H. Purcell
Sherman & Sherman
120 S LaSalle Street
Suite 1460
Chicago, Illinois 60603

**Parties Served By U.S. Mail**

Susan C. Wolf
2164 Second Street
Northbrook, Illinois 60062

American Express
PO Box 0001
Los Angeles, CA 90096-8000

American Express Centurion Bank
c/o Becket and Lee, LLP
PO Box 3001
Malvern, PA 19355-0701

Bank of America
Attn: Bankruptcy NC4-104-02-99
P.O. Box 26012
Greensboro, NC 27420-6012

Capital One Bank
P.O. Box 6492
Carol Stream, IL 60197-6492

Capital One Bank (USA), N.A.
By American Infosource LP as Agent
PO Box 71083
Charlotte, NC 28272-1083

Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850-5145

Chase Cardmember Services
PO Box 15153
Wilmington, DE 19886-5153

Fifth Third Bank
P.O. Box 630170
Cincinnati, Ohio 45263-0170

Fifth Third Bank
P.O. Box 740789
Cincinnati, Ohio 45274-0789

Ford Credit
P.O. Box 790093
Saint Louis, Missouri 63179

First Horizon Home Loans
PO Box 809
Memphis, TN 38101-0809

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, Illinois 60664-0338

Internal Revenue Service
PO Box 21126
Philadelphia, Pennsylvania 19114

Kohl's
PO Box 2983
Milwaukee, WI 53201-2983

North Community Bank
2000 W. Division St.
Chicago, IL 60622-3154

US Bank
PO Box 5229
Cincinnati, OH 45201-5229

United Mileage Plus
PO Box 15153
Wilmington, Delaware 19886-5153

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| SUSAN C. WOLF, | ) | Case No. 10 B 41582 |
| | ) | |
| Debtor. | ) | Hon. John H. Squires |
| | ) | **Hearing Date:  December 22, 2011** |
| | ) | **Time:            9:30 a.m.** |

**NOTICE OF DEBTOR'S MOTION TO ENTER FINAL DECREE AND
CLOSE CHAPTER 11 CASE AND REQUEST FOR DISCHARGE**

TO THE DEBTOR, HER CREDITORS AND ALL PARTIES IN INTEREST:

**PLEASE BE ADVISED THAT** on December 22, 2011, Gregory K. Stern, Dennis E. Quaid, Monica C. O'Brien, James E. Hausler and Christina M. Riepel of Gregory K. Stern, P.C., Attorneys for the Debtor, Susan C. Wolf, filed the Debtor's Motion To Enter Final Decree and Close Chapter 11 Case and Request for Discharge, requesting, pursuant to 11 U.S.C. §350 and Bankruptcy Rule 3022, that the Bankruptcy Court enter a final decree and close the Debtor's Chapter 11 case pursuant to § 350 and Bankruptcy Rule 3022, and, pursuant to 11 U.S.C. §1141(d)(5), that the Bankruptcy Court grant a discharge to the Debtor. The Debtor's Motion To Enter Final Decree and Close Chapter 11 Case and Request for Discharge is on file with the Clerk of the United States Bankruptcy Court, Northern District of Illinois, and may be inspected at 219 South Dearborn Street, 7th Floor, Chicago, Illinois;

**BE ADVISED FURTHER THAT** Objections to the Debtor's Motion To Enter Final Decree and Close Chapter 11 Case and Request for Discharge must be filed on or before **December 19, 2011**, with the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, 7th Floor, Chicago, Illinois 60604, and served upon Debtor's Counsel, Gregory K. Stern, P.C., 53 West Jackson Boulevard, Suite 1442, Chicago, Illinois 60604; and,

**BE ADVISED FURTHER THAT** hearing on the Debtor's Motion To Enter Final Decree and Close Chapter 11 Case and Request for Discharge has been set for **December 22, 2011**, at 9:30 a.m., before the Honorable John H. Squires, United States Bankruptcy Judge, Courtroom 680, 219 South Dearborn Street, Chicago, Illinois.

Dated: December 7, 2011

Gregory K. Stern (Atty. ID #6183380)
Dennis E. Quaid (Atty. ID #02267012)
Monica C. O'Brien (Atty. ID #6216626)
James E. Hausler (Atty. ID #6292973)
Christina M. Riepel (Atty. ID #6297514)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558