B18RI (Form 18RI) (12/09)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 10–41582**
**Chapter 11**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Susan C. Wolf
   2164 Second Street
   Northbrook, IL 60062

Social Security / Individual Taxpayer ID No.:
   xxx–xx–9146

Employer Tax ID / Other nos.:


## DISCHARGE OF INDIVIDUAL DEBTOR IN A CHAPTER 11 CASE

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 1141(d) of title 11, United States Code, (the Bankruptcy Code).


                                              BY THE COURT


Dated: 12/23/11                               John H. Squires
                                              United States Bankruptcy Judge


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

*Form 18RI (12/09)*

# EXPLANATION OF BANKRUPTCY DISCHARGE
# OF AN INDIVIDUAL IN A CHAPTER 11 CASE

This court order grants a discharge to the person named as the debtor. The discharge is issued after the debtor has completed all payments under the chapter 11 plan or the court has determined, after notice and a hearing, that the debtor is entitled to a discharge pursuant to section 1141(d)(5)(B) of the Bankruptcy Code without completing the chapter 11 plan payments. The discharge is not a dismissal of the case.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect a discharged debt from the debtor. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property,* there are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

If a creditor has a lien, such as a mortgage or security interest, and the lien was not eliminated by the plan or by court order, the creditor may have the right to enforce the lien if the debtor fails to satisfy the lien claim as required by the plan. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts that are Discharged and Debts that are Not Discharged

Except as otherwise specified in the chapter 11 plan, in the order confirming that plan, or in section 1141(d) of the Bankruptcy Code, the discharge eliminates the debtor's legal obligation to pay a debt which arose before confirmation of the plan.

Most, but not all, types of debts are discharged, but section 1141(d)(2) of the Code provides that certain types of debts are not discharged in an individual debtor's chapter 11 bankruptcy case. Some of the common types of debts which are <u>not</u> discharged are:

  a. Debts for most taxes and debts incurred to pay nondischargeable taxes;

  b. Debts that are domestic support obligations;

  c. Debts for most student loans;

  d. Debts for most fines, penalties, forfeitures, and criminal restitution obligations;

  e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

  f. Some debts which were not properly listed on the bankruptcy schedules by the debtor;

  g. Debts that the bankruptcy court has specifically decided in this case are not discharged; and

  h. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney concerning the effect of the discharge.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                               Case No. 10-41582-JHS
Susan C. Wolf                                                        Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mmyers              Page 1 of 3              Date Rcvd: Dec 24, 2011
                              Form ID: b18ri            Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2011.
```
db        #+Susan C. Wolf,    2164 Second Street,    Northbrook, IL 60062-6620
aty        +Weissberg & Associates,    Weissberg & Associates,    401 S Lasalle Street  Suite 403,
             Chicago, IL 60605-2993
16144974    American Express,    Box 0001,    Los Angeles, CA 90096-8000
16601012    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16144975   +Bank of America,    Attn: Bankruptcy NC4-104-02-99,    P.O. Box 26012,    Greensboro, NC 27420-6012
16268897   +CAB WEST LLC,    ONE AMERICAN ROAD,    MAIL DROP 7440,    DEARBORN, MI 48126-2701
16144976   +Capital One Bank,    P.O. Box 6492,    Carol Stream, IL 60197-6492
16401126    Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 71083,
             Charlotte, NC  28272-1083
16318889    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16144977    Chase Cardmember Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
16144984   +Department of the Treasury,    Internal Revenue Service,    Pob 7346,    Philadelphia, PA 19101-7346
16144978   +Estate of Joseph J Gambino,,    Independent Administrator,    C/O Michael A Braun,
             33 N. Dearborn, Suite 500,,    Chicago, IL 60602-3960
16342665   ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
             (address filed with court: Ford Motor Credit Company LLC,    Drawer 55-953,    P.O. Box 55000,
             Detriot, MI 48255-0953)
16144979    Fifth Third  Bank,    P.O. Box 630170,    Cincinnati, OH 45263-0170
16144980    Fifth Third Bank,    P.O. Box 740789,    Cincinnati, OH 45274-0789
16378299   +Fifth Third Mortgage Company,    c/o Pierce & Associates, P.C.,    1 North Dearborn Street,
             Suite 1300,    Chicago, IL 60602-4321
16144981    First Horizon Home Loans,    P.O. Box 809,    Memphis, TN 38101-0809
16144982    Ford Credit,    P.O. Box 790093,    Saint Louis, MO 63179-0093
16192867   +Ford Motor Credit Company LLC,    P O Box 6275,    Dearborn,  MI 48121-6275
16144983    Illinois Department of Revenue,    Springfield, IL 62719-0001
16144986   +North Community Bank,    2000 W Division St,    Chicago, IL 60622-3154
16144987   +Pierce and Associates,    1 N Dearborn, Suite 1300,    Chicago, IL 60602-4373
16144989   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    P.O. Box 790408,    Saint Louis, MO 63179-0408)
16144988    United Mileage Plus,    P.O. Box 15153,    Wilmington, DE 19886-5153
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16144984   +E-mail/Text: cio.bncmail@irs.gov Dec 24 2011 03:02:29     Department of the Treasury,
             Internal Revenue Service,    Pob 7346,    Philadelphia, PA 19101-7346
16746049    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 24 2011 03:31:57
             FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
             Oklahoma City, OK  73124-8809
16144985    E-mail/PDF: cr-bankruptcy@kohls.com Dec 24 2011 03:22:16     Kohl's,    P.O. box 2983,
             Milwaukee, WI 53201-2983
                                                                                              TOTAL: 3
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16279576   ##+Stephen Wolf,    2164 Second Street,    Northbrook, IL 60062-6620
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: mmyers              Page 2 of 3           Date Rcvd: Dec 24, 2011
                              Form ID: b18ri            Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 25, 2011**                              **Signature:**  *Joseph Speetjens*

```
District/off: 0752-1           User: mmyers              Page 3 of 3            Date Rcvd: Dec 24, 2011
                               Form ID: b18ri            Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2011 at the address(es) listed below:

```
          Ariel   Weissberg     on behalf of Debtor Susan Wolf ariel@weissberglaw.com,
           Hava@weissberglaw.com;mike@weissberglaw.com;victor@weissberglaw.com;john@weissberglaw.com
          Christopher H Purcell    on behalf of Creditor   CAB WEST LLC shermlaw13@aol.com
          Gregory K Stern    on behalf of Debtor Susan Wolf gstern1@flash.net,
           steve_horvath@ilnb.uscourts.gov
          Lee  Zeidman    on behalf of Defendant Kristine Kallman zeidmanlaw@gmail.com
          Lydia Y Siu    on behalf of Creditor   Fifth Third Mortgage Company lsiu@atty-pierce.com,
           northerndistrict@atty-pierce.com
          Michael A Braun    on behalf of Interested Party   Estate of Joseph J. Gambino workbo@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Stephen G Wolfe    on behalf of U.S. Trustee Patrick Layng steve.g.wolfe@usdoj.gov,
           jennifer.r.toth@usdoj.gov
          Thomas R. Fawkes    on behalf of Interested Party   Florida Fifth & Third, LLC
           tfawkes@freebornpeters.com,  bkdocketing@freebornpeters.com
          Yanick  Polycarpe    on behalf of Creditor   Fifth Third Mortgage Company
           ypolycarpe@atty-pierce.com,  northerndistrict@atty-pierce.com
                                                                                             TOTAL: 10
```